170 A.3d 933

WILLIAM THOMAS, JR., APPELLANT-PETITIONER,
v. NEW JERSEY STATE PAROLE BOARD,
RESPONDENT-RESPONDENT.

September 22, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003804–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

170 A.3d 934

REALTY APPRAISAL COMPANY,. PLAINTIFF–RESPONDENT,
v. CITY OF JERSEY CITY, A MUNICIPAL CORPORATION OF
THE STATE OF NEW JERSEY, DEFENDANT–PETITIONER.

September 22, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004339–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.